Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM DYER,<br>　　Plaintiff,<br><br>　　vs.<br><br>JACOB COLLECTION GROUP, LLC;<br>and MICHAEL A. JACOB, II, an individual,<br>　　Defendant.<br>_____ | Case No. 2:11-cv-03600-JEM<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br><br><br>_____ |

　　　NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

　　　Respectfully submitted this 17th day of June, 2011.

　　　　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　　　　TODD M. FRIEDMAN
　　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　　Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 17th day of June, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John E. McDermott
United States District Court
Central District of California

Notification sent via U.S. Mail to:
JACOB LAW GROUP, PLLC
JACOB COLLECTION GROUP, LLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655

This 17th day of June, 2011.

s/Todd M. Friedman
Todd M. Friedman