Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DYER,** | ) Case No. 2:11-cv-03600-JEM |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **JACOB COLLECTION GROUP, LLC; and MICHAEL A. JACOB, II, an individual,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 5th day of August, 2011.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

1 | Filed electronically on this 5th day of August, 2011, with:

2 |

3 | United States District Court CM/ECF system

4 | And hereby served upon all parties

5 | Notification sent on this 5th day of August, 2011, via the ECF system to:

6 |

7 | Honorable John E. McDermott
United States District Court
8 | Central District of California

9 |

10 | Copy sent via mail on this 5th day of August, 2011, to:

11 | JACOB LAW GROUP, PLLC
JACOB COLLECTION GROUP, LLC
12 | 2623 West Oxford Loop
13 | P.O. Box 948
14 | Oxford, MS  38655

15 |

16 | By: s/Todd M. Friedman
        Todd M. Friedman
17 |